IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00255-RJC-DCK

| USA, | ) |  |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DAVID MARES (1), | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 24), the Indictment, (Doc. No. 1), as to David Mares without prejudice, following his guilty plea to an Information filed in Case No. 3:18-cr-390.

**IT IS ORDERED** that the Government's motion, (Doc. No. 24), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** as to David Mares without prejudice.

Signed: January 10, 2019

Robert J. Conrad, Jr.
United States District Judge